**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:03-00164-1 |
| | ) | SENIOR JUDGE NIXON |
| | ) | |
| ROBERTO CRUZ FIGUEROA | ) | |

## ORDER

Pending before the Court is a motion filed by Defendant Roberto Cruz Figueroa, seeking to modify the conditions of his supervised release ordered by this Court on February 28, 2005, (Doc. No. 69), to eliminate the condition that he participate in an adult education program and prove consistent effort, as determined appropriate by the United States Probation Office, toward obtaining a General Equivalency Diploma (GED). The government and the U.S. Probation Office do not oppose the requested modification. It is hereby ORDERED that Mr. Figueroa's conditions of supervised release are MODIFIED to eliminate the requirement that he participate in an adult education program as stated in the judgment and commitment order, effective upon entry of this order. All other terms and conditions of Defendant's supervised release shall remain in full force and effect.

It is so ORDERED.

Entered this the ___19th___ day of August, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT